# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ROBERT CHARLES JONES, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | )   Case No. CIV-12-1387-M |
| | ) |
| JOSEPH L. TAYLOR, Warden, | ) |
| | ) |
| Respondent. | ) |

## ORDER

On January 14, 2013, United States Magistrate Judge Gary M. Purcell issued a Supplemental Report and Recommendation in this action brought pursuant to 28 U.S.C. § 2254, seeking a writ of habeas corpus. The Magistrate Judge recommended that the petition for writ of habeas corpus be dismissed without prejudice to the filing of a copy of the "Motion for Relief" in petitioner's previous habeas proceeding, *Jones v. Taylor*, Case No. CIV-11-894-W. Petitioner was advised of his right to object to the Supplemental Report and Recommendation by February 4, 2013. A review of the file reveals no objection has been filed.

Upon de novo review, the Court:

(1)   ADOPTS the Report and Recommendation issued by the Magistrate Judge on January 14, 2013, and

(2)  DISMISSES the petition for writ of habeas corpus without prejudice to the filing of a copy of the "Motion for Relief" in petitioner's previous habeas proceeding, *Jones v. Taylor*, Case No. CIV-11-894-W.

**IT IS SO ORDERED this 26th day of February, 2013.**

_____
VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE